# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADLEY GOOD,** *and all others similarly situated***,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 19-0059 |
| **v.** | : | |
| | : | |
| **CAVALRY PORTFOLIO SERVICES, LLC,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 13th day of November 2019, upon consideration of Defendants' *motion to dismiss the class action and compel arbitration*, [ECF 16], Plaintiff's opposition thereto, [ECF 20], Defendants' reply, [ECF 23], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The Clerk of Court is directed to place this matter in civil suspense.


**BY THE COURT:**


*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*